84,152-03

Cause NO. *2015 CR 6000A*

THE STATE OF TEXAS

IN THE DISTRICT COURT

*399* JUDICIAL DISTRICT

BEXAR COUNTY, TEXAS

---

## PETITION FOR WRIT OF HABEAS CORPUS

## RELEASE BECAUSE OF DELAY

---

TO *Court of Criminal Appeals*

Come now, *Mark Dukes* Petitioner in the above styled and numbered cause and files his Petition for Release Because of Delay and in support of said petition would show the Court the following:

### I.

Petitioner is illegally confined in Bexar County Adult Detention Center, in the custody of *Susan Pamerleau*, Sheriff of Bexar County, Texas, and has been so confined since the date of his arrest on the *18* day of *June*, *2015*.

### II.

Petitioner is confined pursuant to criminal complaint number *2015 CR 6000A* filed in the *399* Judicial District Court of Bexar County, Texas, charging Petitioner with the felony offense of *Fraud use/pos ID Info <5 Items* a violation of Section *32.51* of the Texas Penal/Health & Safety Code.

### III.

Bond has been set in the amount of $ *10,000* . Petitioner has not been authorized to be released on personal bond and has been unable to post a surety bond in the amount set.

## IV.

More than ninety (90) days have elapsed since the commencement of this criminal action against Petitioner and pursuant to Section 17.151 of the Texas Code of Criminal Procedure, Petitioner should be released from incarceration. Section 17.151 states in part, "A defendant who is detained in jail pending trial of an accusation against him must be released either on personal bond or by reducing the amount of bail required, if the state is not ready for trial of the criminal action for which he is being detained within:

(1)   90 days from the commencement of his detention if he is accused of a felony."

Therefore, no statutory grounds exist to prevent the release of Petitioner because of delay of trial.

WHEREFORE, PREMISES CONSIDERED, Defendant prays a Writ of Habeas Corpus issue and have Petitioner brought before this Court instanter, to the end that he be released from confinement upon posting a personal bond, or that the amount of bond heretofore set be reduced to $ _500_ , which is an amount Petitioner can make.

Respectfully submitted,

_Kirk B. Sherwood P10-50_

Attorney for Petitioner

Petitioner

## CERTIFICATE OF SERVICE

I, hereby certify that on this the _30_ day of _November_, _2015_, A true and correct copy of the above and foregoing Petition for Writ of Habeas Corpus Because of Delay was transmitted to the office of the Bexar County District Attorney, Criminal Justice Center, 101 W. Nueva, San Antonio, Texas 78205

Petitioner

# ACKNOWLEDGEMENT

STATE OF TEXAS          *      *      *      *      *

COUNTY OF BEXAR      *      *      *      *      *

Before me, the undersigned authority, on this day personally appeared _MArk Dukes_ , Petitioner in the above and foregoing Petition for Writ of Habeas Corpus Release Because of Delay, who after being duly sworn stated that the facts contained therein are true and correct.

Sworn to and signed on this the _30_ day of _November_ ,_2015_ .

LINDA GARZA
NOTARY PUBLIC
STATE OF TEXAS
My Comm. Exp. 10-04-2016

Notary Public